JOHNSTON, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court,

Appellate Division, Fourth Department. November 13, 1907.) Action by Camille B. Johnston, as administratrix, etc., against the Syracuse Lighting Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the evidence shows that it was the duty of the deceased to make such an inspection as the court charged would make the deceased guilty of contributory negligence if he had made such inspection and failed to discover the defect.